RECEIVED
FEB 15 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMUEL ROY ABRAM, Petitioner | CIVIL ACTION NO. 1:17-CV-1470-P |
| VERSUS | JUDGE DEE D. DRELL |
| D. QUIRK, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Abram's petition for writ of mandamus is hereby DENIED AND DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15 day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE